IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 1 6 2016

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 9:16CR*07* MHS/KFG |
| DAMONE DONNELL JACKSON | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance of Drug Trafficking Crime)

On or about January 22, 2016, in Angelina County, Texas, in the Eastern District of Texas, **Damone Donnell Jackson**, defendant, did knowingly possess a firearm, to wit: one Taurus .45 caliber handgun, serial number: NUI87867, during and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, for a violation of 21 U.S.C. § 841(a), Possession with Intent to Distribute a Controlled Substance.

In violation of 18 U.S.C. § 924(c).

## Count Two

Violation: 21 U.S.C. § 841(a)(1)
(Possession with intent to distribute controlled substance)

On or about January 22, 2016, in Angelina County, Texas, in the Eastern District of Texas, **Damone Donnell Jackson**, defendant, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, namely, AB-CHMINACA.

In violation of 21 U.S.C. § 841(a)(1)

## Count Three

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about January 22, 2016, in Angelina County, Texas, in the Eastern District of Texas, **Damone Donnell Jackson**, defendant, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of a Controlled Substance 4-200 grams, in the 217th District Court of Angelina County, Texas, in cause number CR-25327 on March 1, 2006, did knowingly and unlawfully possess in and affecting interstate commerce a firearm, to wit: one Taurus .45 caliber handgun, serial number: NUI87867.

In violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d), 18 U.S.C. § 3665 and 28 U.S.C. § 2461(c)

As a result of committing the felony offense in violation of 18 U.S.C. § 924(c), 21 U.S.C. § 841(a), 18 U.S.C. § 922(g)(1) alleged in Counts One, Two and Three, defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any property constituting, or derived from, proceeds obtained directly, or indirectly, as a result of the said violation, and any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the said violation, including but not limited to the following:

1.) 6 rounds of .45 caliber ammunition.

By virtue of the commission of the offense alleged in this indictment, any and all Interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d), 18 U.S.C. § 3665, and 28 U.S.C. § 2461.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
PAUL A. HABLE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | No. 9:16CR___ |
| | § | Judge_____ |
| DAMONE DONNELL JACKSON | § § § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. 924(c)

Penalty: Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Imprisonment of not less than 5 years or more than life, unless the firearm is brandished, in which case the minimum is 7 years, or unless the firearm is discharged, in which case the minimum sentence is 10 years, which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000.00, or both; and supervised release of not more than five (5) years.

In the case of a second or subsequent conviction, imprisonment of not less than 25 years which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000.00, or both; and supervised release of not more than five (5) years.

Special Assessment: $100.00

### Count Two

Violation: 21 U.S.C. 841(a)(1)

Penalty: Possession with Intent to Distribute a Controlled Substance

Imprisonment of not more than 20 years imprisonment, a fine not to exceed $1 million or twice any pecuniary gain to the defendant or loss to any victim, or both, and supervised release of at least 3 years, but not more than life.

Special Assessment:     $100.00

## Count Three

Violation:   18 U.S.C. 922(g)(1)

Penalty:   Possession of a Firearm by a Prohibited Person

Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years. If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than five (5) years.

Special Assessment:     $100.00